YOUNG WOO & ASSOCIATES LLC
435 HUDSON STREET 4TH FLOOR
NEW YORK NY 10014

1901-9066
Company
EE ID: 4

| DATE | CHECK NO. |
|---|---|
| 10/09/2015 | 1060 |

PAY TO THE ORDER OF

GARY NILSEN
8 ROCKWOOD AVENUE
PORT WASHINGTON NY 11050

Total Net Direct Deposit(s)
**$6442.45**
AMOUNT

VOID THIS IS NOT A CHECK .................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                      FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Gary Nilsen
8 Rockwood Avenue
Port Washington, NY 11050

Soc Sec #: xxx-xx-xxxx    Employee ID: 4

Pay Period: 09/26/15 to 10/09/15
Check Date: 10/09/15    Check #: 1060

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5228 | 6313.60 | 118793.10 |
| Savg 8934 | 128.85 | 2424.34 |
| **NET PAY** | **6442.45** | **121217.44** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 6538.46 | | 137307.66 |
| | EARNINGS | | | 6538.46 | | 137307.66 |
| | TOTAL HOURS WORKED | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | | 7347.00 |
| | Medicare | | 94.81 | 1990.96 |
| | Fed Income Tax | S 4 | | 5468.80 |
| | NY Income Tax | S 4 | | 1258.26 |
| | NY Disability | | 1.20 | 25.20 |
| | **TOTAL** | | **96.01** | **16090.22** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 6442.45 | 121217.44 |

Payrolls by Paychex, Inc.

0020 1901-9066  Young Woo & Associates LLC • 435 Hudson Street 4th Floor • New York NY 10014 • (212) 477-8008

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

YOUNG WOO & ASSOCIATES LLC
435 HUDSON STREET 4TH FLOOR
NEW YORK NY 10014

1901-9066
Company
EE ID: 4

| DATE | CHECK NO. |
|---|---|
| 09/25/2015 | 1049 |

PAY TO THE ORDER OF

GARY NILSEN
8 ROCKWOOD AVENUE
PORT WASHINGTON NY 11050

Total Net Direct Deposit(s)
**$6442.46**
AMOUNT

VOID THIS IS NOT A CHECK .................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Gary Nilsen
8 Rockwood Avenue
Port Washington, NY 11050

Soc Sec #: xxx-xx-xxxx   Employee ID: 4

Pay Period: 09/12/15 to 09/25/15
Check Date: 09/25/15   Check #: 1049

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5228 | 6313.61 | 112479.50 |
| Savg 8934 | 128.85 | 2295.49 |
| NET PAY | 6442.46 | 114774.99 |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 6538.46 | | 130769.20 |
| | EARNINGS | | | 6538.46 | | 130769.20 |
| | TOTAL HOURS WORKED | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | | 7347.00 |
| | Medicare | | 94.80 | 1896.15 |
| | Fed Income Tax | S 4 | | 5468.80 |
| | NY Income Tax | S 4 | | 1258.26 |
| | NY Disability | | 1.20 | 24.00 |
| | TOTAL | | 96.00 | 15994.21 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 6442.46 | 114774.99 |

Payrolls by Paychex, Inc.

0020 1901-9066  Young Woo & Associates LLC • 435 Hudson Street 4th Floor • New York NY 10014 • (212) 477-8008

```
THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

YOUNG WOO & ASSOCIATES LLC          1901-9066
435 HUDSON STREET 4TH FLOOR         Company
NEW YORK NY 10014                   EE ID: 4                              09/11/2015        1038
                                                                            DATE          CHECK NO.


PAY TO THE      GARY NILSEN                                         Total Net Direct Deposit(s)
ORDER OF        8 ROCKWOOD AVENUE                                        **$6392.37**
                PORT WASHINGTON NY  11050                                     AMOUNT


VOID THIS IS NOT A CHECK ............................................ DOLLARS


                                                                        **NON-NEGOTIABLE**
                                                                        AUTHORIZED SIGNATURE(S)
```

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                      FOLD AND REMOVE

| PERSONAL AND CHECK INFORMATION | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| Gary Nilsen | | Salary | | | 6538.46 | | 124230.74 |
| 8 Rockwood Avenue | | EARNINGS | | | 6538.46 | | 124230.74 |
| Port Washington, NY 11050 | | TOTAL HOURS WORKED | | | | | |

Soc Sec #: xxx-xx-xxxx    Employee ID: 4

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| Pay Period: 08/29/15 to 09/11/15 | Social Security | | 50.08 | 7347.00 |
| Check Date: 09/11/15   Check #: 1038 | Medicare | | 94.81 | 1801.35 |
| | Fed Income Tax | S 4 | | 5468.80 |
| | NY Income Tax | S 4 | | 1258.26 |
| | NY Disability | | 1.20 | 22.80 |
| | **TOTAL** | | 146.09 | 15898.21 |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5228 | 6264.52 | 106165.89 |
| Savg 8934 | 127.85 | 2166.64 |
| **NET PAY** | **6392.37** | **108332.53** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 6392.37 | 108332.53 |

Payrolls by Paychex, Inc.

0020 1901-9066  Young Woo & Associates LLC • 435 Hudson Street 4th Floor • New York NY 10014 • (212) 477-8008

YOUNG WOO & ASSOCIATES LLC
435 HUDSON STREET 4TH FLOOR
NEW YORK NY 10014

1901-9066
Company
EE ID: 4

GARY NILSEN
8 ROCKWOOD AVENUE
PORT WASHINGTON NY 11050

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Gary Nilsen | | | | Salary | | | 6538.46 | | 117692.28 |
| 8 Rockwood Avenue | | | | EARNINGS | | | 6538.46 | | 117692.28 |
| Port Washington, NY 11050 | | | | TOTAL HOURS WORKED | | | | | |
| Soc Sec #: xxx-xx-xxxx  Employee ID: 4 | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| Pay Period: 08/15/15 to 08/28/15 | | | | Social Security | | | 405.38 | | 7296.92 |
| Check Date: 08/28/15   Check #: 1027 | | | | Medicare | | | 94.81 | | 1706.54 |
| NET PAY ALLOCATIONS | | | | Fed Income Tax | S 4 | | | | 5468.80 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | NY Income Tax | S 4 | | | | 1258.26 |
| Check Amount | 0.00 | 0.00 | | NY Disability | | | 1.20 | | 21.60 |
| Chkg 5228 | 5916.33 | 99901.37 | | | | | | | |
| Savg 8934 | 120.74 | 2038.79 | | TOTAL | | | 501.39 | | 15752.12 |
| NET PAY | 6037.07 | 101940.16 | | | | | | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 6037.07 | 101940.16 |

Payrolls by Paychex, Inc.

0020 1901-9066 Young Woo & Associates LLC • 435 Hudson Street 4th Floor • New York NY 10014 • (212) 477-8008

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

YOUNG WOO & ASSOCIATES LLC
435 HUDSON STREET 4TH FLOOR
NEW YORK NY 10014

1901-9066
Company
EE ID: 4

DATE: 08/14/2015
CHECK NO. 1017

PAY TO THE ORDER OF

GARY NILSEN
8 ROCKWOOD AVENUE
PORT WASHINGTON NY 11050

Total Net Direct Deposit(s)
**$6037.06**
AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                          FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Gary Nilsen
8 Rockwood Avenue
Port Washington, NY 11050

Soc Sec #: xxx-xx-xxxx    Employee ID: 4

Pay Period: 08/01/15 to 08/14/15
Check Date: 08/14/15    Check #: 1017

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5228 | 5916.32 | 93985.04 |
| Savg 8934 | 120.74 | 1918.05 |
| **NET PAY** | **6037.06** | **95903.09** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 6538.46 | | 111153.82 |
| | EARNINGS | | | 6538.46 | | 111153.82 |
| | TOTAL HOURS WORKED | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 405.39 | 6891.54 |
| | Medicare | | 94.81 | 1611.73 |
| | Fed Income Tax | S 4 | | 5468.80 |
| | NY Income Tax | S 4 | | 1258.26 |
| | NY Disability | | 1.20 | 20.40 |
| | **TOTAL** | | **501.40** | **15250.73** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 6037.06 | 95903.09 |

Payrolls by Paychex, Inc.

0020 1901-9066 Young Woo & Associates LLC • 435 Hudson Street 4th Floor • New York NY 10014 • (212) 477-8008

**YOUNG WOO & ASSOCIATES LLC**
435 HUDSON STREET 4TH FLOOR
NEW YORK NY 10014

1901-9066
Company
EE ID: 4

DATE: 07/31/2015
CHECK NO: 1007

PAY TO THE ORDER OF

GARY NILSEN
8 ROCKWOOD AVENUE
PORT WASHINGTON NY 11050

Total Net Direct Deposit(s)
**$6037.08**
AMOUNT

VOID THIS IS NOT A CHECK ............................................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                   FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Gary Nilsen
8 Rockwood Avenue
Port Washington, NY 11050

Soc Sec #: xxx-xx-xxxx   Employee ID: 4

Pay Period: 07/18/15 to 07/31/15
Check Date: 07/31/15   Check #: 1007

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5228 | 5916.34 | 88068.72 |
| Savg 8934 | 120.74 | 1797.31 |
| **NET PAY** | **6037.08** | **89866.03** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 6538.46 | | 104615.36 |
| | **EARNINGS** | | | 6538.46 | | 104615.36 |
| | **TOTAL HOURS WORKED** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 405.38 | 6486.15 |
| | Medicare | | 94.80 | 1516.92 |
| | Fed Income Tax | S 4 | | 5468.80 |
| | NY Income Tax | S 4 | | 1258.26 |
| | NY Disability | | 1.20 | 19.20 |
| | **TOTAL** | | 501.38 | 14749.33 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 6037.08 | 89866.03 |

Payrolls by Paychex, Inc.

**0020  1901-9066**  Young Woo & Associates LLC • 435 Hudson Street 4th Floor • New York NY  10014 • (212) 477-8008

| | | |
|---|---|---|
| YOUNG WOO & ASSOCIATES LLC<br>435 HUDSON STREET 4TH FLOOR<br>NEW YORK NY 10014 | 1901-9066<br>Company<br>EE ID: 4 | 07/17/2015    997<br>DATE    CHECK NO. |

PAY TO THE ORDER OF

GARY NILSEN
8 ROCKWOOD AVENUE
PORT WASHINGTON NY 11050

Total Net Direct Deposit(s)
**$6037.06**
AMOUNT

VOID THIS IS NOT A CHECK ................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                           FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Gary Nilsen
8 Rockwood Avenue
Port Washington, NY 11050

Soc Sec #: xxx-xx-xxxx    Employee ID: 4

Pay Period: 07/04/15 to 07/17/15
Check Date: 07/17/15    Check #: 997

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5228 | 5916.32 | 82152.38 |
| Savg 8934 | 120.74 | 1676.57 |
| **NET PAY** | **6037.06** | **83828.95** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | 6538.46 | | 98076.90 |
| EARNINGS | | | 6538.46 | | 98076.90 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 405.39 | 6080.77 |
| Medicare | | 94.81 | 1422.12 |
| Fed Income Tax | S 4 | | 5468.80 |
| NY Income Tax | S 4 | | 1258.26 |
| NY Disability | | 1.20 | 18.00 |
| TOTAL | | 501.40 | 14247.95 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 6037.06 | 83828.95 |

Payrolls by Paychex, Inc.

0020 1901-9066   Young Woo & Associates LLC • 435 Hudson Street 4th Floor • New York NY 10014 • (212) 477-8008

YOUNG WOO & ASSOCIATES LLC
435 HUDSON STREET 4TH FLOOR
NEW YORK NY 10014

1901-9066
Company
EE ID: 4

DATE: 07/03/2015
CHECK NO. 987

PAY TO THE ORDER OF

GARY NILSEN
8 ROCKWOOD AVENUE
PORT WASHINGTON NY 11050

Total Net Direct Deposit(s)
**$6037.07**
AMOUNT

VOID THIS IS NOT A CHECK ................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                  FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Gary Nilsen
8 Rockwood Avenue
Port Washington, NY 11050

Soc Sec #: xxx-xx-xxxx    Employee ID: 4

Pay Period: 06/20/15 to 07/03/15
Check Date: 07/03/15    Check #: 987

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5228 | 5916.33 | 76236.06 |
| Savg 8934 | 120.74 | 1555.83 |
| **NET PAY** | **6037.07** | **77791.89** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 6538.46 | | 91538.44 |
| | EARNINGS | | | 6538.46 | | 91538.44 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 405.38 | 5675.38 |
| | Medicare | | 94.81 | 1327.31 |
| | Fed Income Tax | S 4 | | 5468.80 |
| | NY Income Tax | S 4 | | 1258.26 |
| | NY Disability | | 1.20 | 16.80 |
| | **TOTAL** | | 501.39 | 13746.55 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 6037.07 | 77791.89 |

Payrolls by Paychex, Inc.

0020 1901-9066  Young Woo & Associates LLC • 435 Hudson Street 4th Floor • New York NY 10014 • (212) 477-8008