B6C (Official Form 6C) (04/13)

| In Re: | Gary A. Nilsen | Case No. | 8-15-74490 |
|---|---|---|---|
| | **Debtor** | | (if known) |

# AMENDED
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| HSBC Bank<br>P.O. Box 9<br>Buffalo, NY 14240<br>Checking Account # 009-37522-8 | Debt. and Cred. 283(2) | 300.00 | 300.00 |
| One (1) Television located at Debtor's residence:<br>8 Rockwood Ave.<br>Port Washington, New York 11050 | CPLR 5205 | 300.00 | 300.00 |
| (1) Computer and (1) Printer located at Debtor's residence:<br>8 Rockwood Ave.<br>Port Washington, New York 11050 | CPLR 5205 | 700.00 | 700.00 |
| Dining Room set Located at Debtor's residence:<br>8 Rockwood Ave.<br>Port Washington, New York 11050 | CPLR 5205 | 1000.00 | 1000.00 |
| China dishes located at Debtor's residence:<br>8 Rockwood Ave.<br>Port Washington, New York 11050 | CPLR 5205 | 2000.00 | 2000.00 |

**B6C (Official Form 6C) (04/13)**

In Re: _____Gary A. Nilsen_____   Case No. _____8-15-74490_____
                          **Debtor**                                                  (if known)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Various Books located at Debtor's residence<br>8 Rockwood Ave.<br>Port Washington, New York 11050 | CPLR 5205 | 1000.00 | 1000.00 |
| Three (3) pieces of art work located at Debtor's residence:<br>8 Rockwood Ave.<br>Port Washington, New York 11050 | 522(d)(5) | 1225.00 | 3500.00 |
| Various articles of clothing located at Debtor's residence:<br>8 Rockwood Ave.<br>Port Washington, New York 11050 | CPLR 5205 | 800.00 | 800.00 |
| Two (2) Rings located a Debtor's residence:<br>8 Rockwood Ave.<br>Port Washington, New York 11050 | 522(d)(4) | 800.00 | 800.00 |
| Debtor has a 50 Percent interest in a 2010 Ford Flex automobile that<br>KBB values at $11,898.00. Located at Debtor's residence:<br>8 Rockwood Ave., Port Washington, New York 11050 | Debt. and Cred. 282(1) | 4000.00 | 5949.00 |

**B6C (Official Form 6C) (04/13)**

In Re: _____Gary A. Nilsen_____     Case No. _____8-15-74490_____
                              **Debtor**                                                                   (if known)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
|  |  |  |  |

**B6C (Official Form 6C) (04/13)**

In Re: _____Gary A. Nilsen_____  Case No. _____8-15-74490_____
**Debtor** (if known)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| | | | |

**B6C (Official Form 6C) (04/13)**

In Re: _____Gary A. Nilsen_____    Case No. _____8-15-74490_____
                    **Debtor**                                                                (if known)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| | | | |

In Re: _____Gary A. Nilsen_____    Case No. _____8-15-74490_____
          **Debtor**                                     (if known)

**B6C (Official Form 6C) (04/13)**

In Re: _____Gary A. Nilsen_____       Case No. _____8-15-74490_____
                           **Debtor**                                                                                                       (if known)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
|  |  |  |  |

In Re: _____Gary A. Nilsen_____       Case No. _____8-15-74490_____
            **Debtor**                             (if known)

**B6C (Official Form 6C) (04/13)**

In Re: _____Gary A. Nilsen_____     Case No. _____8-15-74490_____
                                  **Debtor**                                                                                               (if known)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| | | | |

Case 8-15-74490-reg    Doc 14    Filed 12/02/15    Entered 12/02/15 12:11:15

In Re: _____Gary A. Nilsen_____     Case No. _____8-15-74490_____
                                  **Debtor**                                                  (if known)

**B6C (Official Form 6C) (04/13)**

In Re:  _____Gary A. Nilsen_____    Case No.  _____8-15-74490_____
                                 **Debtor**                                                                  (if known)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
|  |  |  |  |

**B6C (Official Form 6C) (04/13)**

In Re: _____Gary A. Nilsen_____     Case No. _____8-15-74490_____
                          **Debtor**                                                                                             (if known)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
|  |  |  |  |

**B6C (Official Form 6C) (04/13)**

In Re: _____Gary A. Nilsen_____    Case No. _____8-15-74490_____
                          **Debtor**                                                  (if known)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
|   |   |   |   |